UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 07-12176
                                                      HON. BERNARD A. FRIEDMAN
vs.

SHARON D. MCGHEE,

    Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated November 15, 2007. Neither party filed an objection to the Report and Recommendation.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated November 15, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Request for Hearing/Objection to Writ of Garnishment is DENIED.


Dated: December 10, 2007                 __s/Bernard A. Friedman_____
      Detroit, Michigan                      BERNARD A. FRIEDMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE